IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2019CV31708

**DEE CALDWELL and BRAD CALDWELL**,

    Plaintiffs,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance Company, S.I., by and through its counsel, Debra K. Sutton and Joseph E. Okon, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

## INTRODUCTION AND BASIS FOR REMOVAL

1.    American Family Mutual Insurance Company, S.I. ("American Family") is the Defendant in the above titled action, originally filed in the District Court, El Paso County, Colorado, Case No. 2019CV31708. On or about July 26, 2019, Plaintiffs, Dee and Brad Caldwell (the "Caldwells") filed their Complaint and Jury Demand in El Paso County District Court, Colorado. The Complaint seeks recovery of damages as to American Family based on allegations breach of contract, and statutory bad faith in violation of C.R.S. §§10-3-1115 and 10-3-1116. *See generally* Plaintiffs' Complaint and Jury Demand, **Exhibit A**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant, to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states, when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Plaintiffs Dee and Brad Caldwell are citizens of the State of Colorado. *See also,* **Exhibit A** at ¶¶ 2-3. Defendant American Family is a citizen of the state of Wisconsin. *See* Documents on File with Colorado Secretary of State, **Exhibit B.**

4. The amount in controversy exceeds $75,000. *See* **Exhibit C,** Plaintiffs' District Court Civil Cover Sheet (showing they seek more than $100,000 in damages); *see also Paros Properties LLC v. Colorado Cas. Ins. Co.,* 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet."). Plaintiffs' Complaint seeks damages for "breach of contract, including the value of benefit Plaintiffs were entitled to receive under the Policy that were not provided; damages for delayed payment; consequential damages; and reasonable interest on delayed payment." *See* **Exhibit A**. Accordingly, the amount in controversy exceeds $75,000.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiffs' action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). American Family has thirty (30) days from the date it was served with Plaintiffs' Complaint to file its Notice of Removal. American Family was served with Plaintiffs' Complaint and Jury Demand in this matter on August 7, 2019. *See* **Exhibit D,** Return of Service. Thus, American Family's Notice of Removal is due September 6, 2019.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of El Paso. *See* **Exhibit E**. The process, pleadings, and orders are captioned as follows:

**Exhibit C**   District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit F**   Summons to American Family;

**Exhibit A**   Complaint and Jury Demand;

**Exhibit D**   Return of Service regarding American Family;

**Exhibit G**   American Family's Unopposed Motion for Extension of Time to File Response to Plaintiffs' Complaint;

**Exhibit H**   Court's Order Granting American Family's Unopposed Motion.

8. American Family has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9. Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of El Paso in Civil Action No. 2019CV31708. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiffs' counsel. The register of actions is attached as **Exhibit I**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, American Family Mutual Insurance Company, S.I. respectfully requests that this case be removed from the District Court for the County of El Paso, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 6th day of September 2019.

>*/s/ Joseph E. Okon*
> Debra K. Sutton
> Joseph E. Okon
> Sutton | Booker | P.C.
> 4949 S. Syracuse, Suite 500
> Denver, Colorado 80237
> Telephone:  303-730-6204
> Facsimile:   303-730-6208
> E-Mail:  jokon@suttonbooker.com
> ***Attorneys for Defendant,***
> ***American Family Mutual Insurance Company, S.I.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September 2019, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sean B. Leventhal
Jonathan S. Sar
Richard Daly
John Scott Black
Daly & Black, P.C.
2211 Norfolk St., Ste 800
Houston TX  77098

/s/   Krystle L. Young
*A duly signed original is on file at*
*Sutton | Booker | P.C.*