IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2019CV31708

**DEE CALDWELL and BRAD CALDWELL**,

    Plaintiffs,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,**

    Defendant.

---

## CORPORATE DISCLOSURE STATEMENT

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.4, Defendant, American Family Mutual Insurance Company, files this Corporate Disclosure Statement. American Family Mutual Insurance Company states that it is a Wisconsin corporation, does not have a parent corporation, and no publicly held corporation owns an interest greater than ten percent (10%) in the corporation.

    Respectfully submitted this 6th day of September 2019.

                                            */s/   Joseph E. Okon*
                                            Debra K. Sutton
                                            Joseph E. Okon
                                            Sutton | Booker | P.C.
                                            4949 S. Syracuse, Suite 500
                                            Denver, Colorado 80237
                                            Telephone:  303-730-6204
                                            Facsimile:   303-730-6208
                                            E-Mail:  jokon@suttonbooker.com
                                            ***Attorneys for Defendant,***
                                            ***American Family Mutual Insurance Company, S.i.***

## CERTIFICATE OF SERVICE

       I hereby certify that on this 6th day of September 2019, I electronically filed a true and correct copy of the above and foregoing Corporate Disclosure Statement with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Sean B. Leventhal
Jonathan S. Sar
Richard Daly
John Scott Black
Daly & Black, P.C.
2211 Norfolk St., Ste 800
Houston TX  77098


                                      */s/   Krystle L. Young*
                                      *A duly signed original is on file at*
                                      *Sutton | Booker | P.C.*